**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Joyce Marie Dempsey, John Eric Dempsey, Becky McCarty, and Billy McCarty, Defendants,

Of whom Joyce Marie Dempsey is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-001926

───────────────

Appeal From Lexington County
Peter R. Nuessle, Family Court Judge

───────────────

Unpublished Opinion No. 2017-UP-189
Submitted April 20, 2017 – Filed May 2, 2017

───────────────

**AFFIRMED**

───────────────

John Clark Phillips, Jr., of Law Office of John C. Phillips, Jr., of Columbia, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Joyce Marie Dempsey appeals the family court's final order removing her minor children pursuant to section 63-7-1660 of the South Carolina Code (2010 & Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  *See also S.C. Dep't of Soc. Servs. v. Frederick Downer, Sr.*, S.C. Sup. Ct. Order dated Feb. 2, 2005 ("[W]e expand the procedure set forth in *Cauthen* to situations . . . where an indigent person appeals from an order imposing other measures short of termination of parental rights, such as removal, based on child abuse and neglect.").  Accordingly, we affirm the family court's ruling and relieve Dempsey's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.